# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

VERNON E. LEWIS; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-5169

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served VERNON E. LEWIS the above process on the 6 day of February, 2017, at 11:04 o'clock, AM, at 836 EAST LOCUST AVENUE PHILADELPHIA, PA 19138, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__
County of __Berks__
) SS:
)

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __7__ day of __Feb__, 20 __17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-158063
Case ID #: 4807134

USPS Manifest Mailing System  PCO/ Britani A.                                    Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>5794-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703800748287<br>9171999991703800748287 | SHEARIN, JAMES D.<br>4953 N. Smedley Street<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800758781<br>9171999991703800758781 | LEWIS, VERNON E.<br>48 Selden St<br>Apt 1<br>Dorchester Center, MA 02124 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800763785<br>9171999991703800763785 | LEWIS, VERNON E.<br>62 Market St<br>Apt 2<br>Brockton, MA 02301 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703801426283<br>9171999991703801426283 | LEWIS, VERNON E.<br>836 East Locust Avenue<br>Philadelphia, PA 19138 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 4 | | 3.70 | 19.40 | | | 23.10 |
| Cumulative Totals | 4 | | 3.70 | 19.40 | | | 23.10 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____  Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR  Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

U.S. POSTAGE >> PITNEY BOWES
$001.46⁰
ZIP 19106
02 1W
0001391829 FEB 03 2017

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

Check type of mail or service;
☐ Certified   ☐ Recorded Delivery (International)
☐ COD        ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | TO VERNON LEWIS / LEWIS, VERNON E. / 836 East Locust Avenue / Philadelphia, PA 19138 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | TO VERNON LEWIS / LEWIS, VERNON E. / 62 Market St / Brockton, MA 02301-6868 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | TO VERNON LEWIS / LEWIS, VERNON E. / 48 Selden St / Dorchester Center, MA 02124 | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office:

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

USA-158063   Philadelphia County

VERNON E. LEWIS

PCO - Back to Brittni Agustin